FILED
2007 DEC 10 AM 10:44
BY KNH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Magistrate's Case No.** '07 MJ 2861 |
| vs. | COMPLAINT FOR VIOLATION OF 21 U.S.C. 952 and 960 |
| **Alexander Wallace MACLEAN** | Unlawful Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

COUNT ONE

That on or about December 9, 2007, within the Southern District of California, defendant Alexander Wallace MACLEAN did knowingly and intentionally import approximately 22.00 kilograms (48.40 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this 10th day of December, 2007.

United States Magistrate Judge

United States of America
VS.
Alexander Wallace MACLEAN

PROBABLE CAUSE STATEMENT

On December 9, 2007, at approximately 5:34 p.m., Alexander Wallace MACLEAN entered the United States through the San Ysidro Port of Entry (POE) as the driver and sole occupant of a green 1997 Ford Aerostar bearing U.S. California license plate 7K77165. A U.S. Customs and Border Protection (CBP) Officer made contact with MACLEAN in primary lane #10. MACLEAN presented the CBP Officer with his California Driver's License. The CBP Officer noticed that MACLEAN's hands were shaking when he handed him the license. The CBP Officer then asked where MACLEAN was going. MACLEAN told him that he was going to Gardena, CA. MACLEAN also stated his purpose of traveling to Mexico was to visit. The CBP Officer then inquired who the registered owner of the vehicle was. MACLEAN stated that he has been the owner for the last five (5) months. The CBP Officer conducted a cursory inspection on the vehicle. During the inspection, he went to the rear hatch door of the vehicle and opened it. The CBP Officer noticed that the door felt heavy when opened. Upon inspecting the door area, the CBP Officer noticed shiny, new screws in the door panel. The CBP Officer removed the screws and discovered packages inside the rear door panels.

A CBP Canine Enforcement Officer was requested to screen the Ford Aerostar with his Narcotic Detector Dog (NDD). The NDD alerted to a narcotic odor coming from the back of the vehicle.

M P

The vehicle was taken to the secondary lot. A total of ten (10) packages containing approximately 22.00 kilograms of marijuana were found concealed within the vehicle. A presumptive test of one of the packages revealed a positive reaction to the presence of marijuana.

MACLEAN was arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance, and was booked into the Metropolitan Correctional Center, San Diego, CA.